**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RONNIE LAMONT COLEY,                    )
                                        )
            Petitioner,                 )
                                        )
      v.                                )
                                        )      Civ. Action No. 13-1515 (ABJ)
UNITED STATES PAROLE                    )
COMMISSION *et al*.,                    )
                                        )
            Respondents.                )
_____         )

**MEMORANDUM OPINION**

Petitioner alleges that he was taken into custody on February 14, 2013, based on a parole violator issued by the United States Parole Commission ("USPC"). He commenced this action for habeas relief from the District of Columbia Jail in October 2013, claiming that he had yet to receive the probable cause hearing due him within five days of his arrest. Pet. for Writ of Habeas Corpus [Dkt. # 1] at 5. In response to the order to show cause why the writ should not issue, the USPC has documented that petitioner waived his right to challenge the revocation procedures by agreeing to an expedited revocation on September 25, 2013. *See* USPC's Opp'n to Pet'r's Pet. for a Writ of Habeas Corpus [Dkt. # 6], Ex I.

Petitioner has not replied to the USPC's opposition and the court finds the waiver argument properly supported. *See* Order [Dkt. # 7] (advising the petitioner about the consequences of his not responding to the opposition by November 26, 2013). In addition, since petitioner has not shown any resulting prejudice and has been afforded a revocation hearing, his claim predicated on a delayed probable cause hearing is moot. Therefore, the court, finding no basis to issue the writ,

1

will deny the petition and dismiss the case.   A separate Order accompanies this Memorandum Opinion.

_____s/_____
AMY BERMAN JACKSON
United States District Judge

DATE:    January 2, 2014